IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 09-cv-00038-PAB-BNB

RORY WAGNER, and
JOANN WAGNER,

Plaintiffs,

v.

UNIVERSAL FINANCIAL GROUP, INC.,

Defendant.

___

**ORDER**
___

The parties appeared this morning for a final pretrial conference.  The proposed final pretrial order was refused for reasons stated on the record.  In addition, discussions concerning the possibility of settlement have caused me to believe that a settlement conference would be appropriate.

IT IS ORDERED that the proposed final pretrial order is REFUSED.  The parties shall prepare a revised proposed final pretrial order, modified as discussed on the record this morning, and submit it to the court on or before **December 14, 2009**.

IT IS FURTHER ORDERED that a supplemental final pretrial conference is set for **December 21, 2009, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

IT IS FURTHER ORDERED that a settlement conference will be held on **December 21, 2009, at 9:00 a.m.**, in Courtroom 401, 4th floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.  All settlement conferences that take place before the magistrate

judge shall be confidential. *Pro se* parties, attorneys, and client representatives with full authority to settle the case must be present at the settlement conference in person. (NOTE: This requirement is not fulfilled by the presence of counsel alone. If an insurance company is involved, an adjustor authorized to enter into settlement must also be present.) Each party shall submit a confidential settlement statement to the magistrate judge on or before **December 14, 2009**, outlining the facts and issues in the case and containing a specific offer of compromise, including a dollar amount the client will accept or pay in settlement and any other essential terms of a settlement.

Dated November 16, 2009.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge