**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Philip A. Brimmer**

Civil Case No. 09-cv-00038-PAB-BNB

RORY WAGNER and
JOANNE WAGNER,

Plaintiffs,

v.

UNIVERSAL FINANCIAL GROUP, INC.,

Defendant.

---

## ORDER SETTING CASE FOR TRIAL

---

This matter has been scheduled for a four-day jury trial on the docket of Judge Philip A. Brimmer in the U.S. District Courthouse, Courtroom A701, 7th Floor, 901 19th Street, Denver, Colorado, to commence on **June 28, 2010 at 8:00 a.m.**

A Trial Preparation Conference is set for **June 11, 2010 at 10:00 a.m.** Lead counsel who will try the case shall attend in person unless a written motion for alternative appearance is granted by the Court.

The parties shall be prepared to address the following issues at the Trial Preparation Conference:

1) jury selection;

2) sequestration of witnesses;

3) timing of presentation of witnesses and evidence;

4) anticipated evidentiary issues;

5) any stipulations as to fact or law; and

6) any other issue affecting the duration or course of the trial.

DATED December 21, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge